# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

March 3, 2020

*Sentencing* ~~Conference~~ Adjourned

From: _____
To: _____
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 3-3-20

**BY ECF ONLY**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Prospero Gonzales*, 19 Cr. 467 (PKC)

Dear Judge Castel:

    I am counsel for Prospero Gonzalez who is scheduled to be sentenced by Your Honor on March 18, and I am writing to request an adjournment of at least three weeks. The sentencing submission on behalf of Mr. Gonzalez is due tomorrow, and I have not received the final Presentence Report. Additionally, I recently received several letters addressed to Your Honor that are written in Spanish and will need to be translated. I have spoken with AUSA Samuel Raymond, and the Government has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Attorney for Prospero Gonzalez*

cc: AUSA Sam Raymond (by ECF and email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC