UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                 19-cr-467 (PKC)

-against-

                                                                  ORDER

PROSPERO GONZALEZ,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing for defendant Prospero Gonzalez, previously scheduled for Wednesday, March 18, 2020, will now take place on Thursday, April 16, 2020 at 2:00pm in the United States Courthouse, 500 Pearl Street, Courtroom 11D.

        SO ORDERED.

                                                             P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
           March 5, 2020