UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

                        ORDER

    -against-

                        19 CR 467 (PKC)

PROSPERO GONZALEZ,

       Defendant(s).
------------------------------------------------------x

CASTEL, U.S.D.J.

       The sentencing originally scheduled for April 16, 2020 is adjourned to June 17, 2020 at 12:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                         P. Kevin Castel
                               United States District Judge

Dated: New York, New York
       April 8, 2020