UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                                    :

UNITED STATES OF AMERICA            :

       -against-                       :

                                        Dkt. No. 19-CR-467 (PKC)

PROSPERO GONZALEZ,               :

                                          **ORDER**

                Defendant.           :
------------------------------------------------------x

P. KEVIN CASTEL, United States District Judge:

      WHEREAS Prospero Gonzalez surrendered on May 17, 2021, to the Bureau of Prisons at FCI Ft. Dix as Ordered by this Court;

      IT IS HEREBY ORDERED that Roslyn Gonzalez is exonerated as a surety pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure from all liability on the appearance bond signed on March 5, 2019; and

      IT IS FURTHER ORDERED that the Clerk of Court shall return to Ms. Gonzalez the $5,000 cash security that she posted as evidenced by the attached receipt.

Dated: New York, New York
          November _12_, 2021

                                                      _____
                                                           P. Kevin Castel
                                                       United States District Judge