UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                              19-cr-467-2 (PKC)

        -against-                                              ORDER

PROSPERO GONZALEZ,

                        Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to Defendant's Motion for a Reduction in Sentence (DE 91) by August 12.  Defendant may reply by September 9, 2022.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
        July 12, 2022